# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LLOYD MELLO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 71970

**FILED**

JAN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition seeks a writ of mandamus directing the respondent district court to enforce EDCR 7.21 and require the State to prepare a written order as previously directed by respondent or directing the respondent district court to prepare and enter a written order resolving petitioner's habeas petition. Although we are concerned with the apparent delay in entering a written order following respondent's oral pronouncement of its decision on the habeas petition on August 2, 2016, we are not convinced that our intervention by extraordinary writ is warranted at this time as EDCR 7.21 permits respondent to allow prevailing counsel more than 10 days to prepare a written order. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (explaining circumstances in which mandamus is available); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

17-01218

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Joseph Hardy, District Judge
Robert Lloyd Mello
Attorney General/Carson City
Eighth District Court Clerk